## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| VICTORY RECORDS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 15-9180 |
| v. | ) | |
| | ) | |
| TOMAS KALNOKY, individually and doing business as STREETLIGHT MANIFESTO, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S CONSOLIDATED RULE 7.1 DISCLOSURE
### STATEMENT AND LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES

Plaintiff, Victory Records, Inc., by its undersigned attorneys, and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, hereby submits its Consolidated Disclosure Statement and Notification as to Affiliates.

1.  Plaintiff is an Illinois corporation.

2.  Pursuant to Fed. R. Civ. P. 7.1, there are no parent corporations owning 10% or more of Plaintiff's stock.

3.  Pursuant to Local Rule 3.2, there are no entities within the definition of "affiliates" with respect to Plaintiff.

Dated: October 16, 2015                                    Respectfully submitted,


                                                             s/ Christopher M. Heintskill

Christopher M. Heintskill
(ARDC# 6272391)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
(312) 346-8380 – Telephone

*Appearing as Local Counsel for Plaintiff*