**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: Victory Records, Inc.          Case Number: 15-9180

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff

Attorney name (type or print):  Christopher M. Heintskill

Firm:    Levenfeld Pearlstein, LLC

Street address:     2 N. LaSalle Street, Suite 1300

City/State/Zip:    Chicago, Illinois  60602

Bar ID Number:  6272391                    Telephone Number:    (312) 346-8380
(See item 3  in instructions)

Email Address: cheintskill@lplegal.com

Are you acting as lead counsel in this case?           ☐ Yes    ☒ No

Are you acting as local counsel in this case?          ☒ Yes    ☐ No

Are you a member of the court's trial bar?             ☐ Yes    ☒ No

If this case reaches trial, will you act as the trial attorney?    ☐ Yes    ☒ No

If this is a criminal case, check your status.     ☐     Retained Counsel

                                                  ☐     Appointed Counsel
                                                        If appointed counsel, are you a

                                                        ☐ Federal Defender

                                                        ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 16, 2015

Attorney signature:    S/ Christopher M. Heintskill
                       (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015