

United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois   60604

Thomas G. Bruton,                                                           Office of the Clerk
Clerk


Re:             Victory Records, Inc. v. Kalnoky
USDC No.     15-9180

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received.   Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.


                              Sincerely yours,
                              Thomas G. Bruton Clerk


                              By:     Kristofer J. Simmons
                                      Deputy Clerk