## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| VICTORY RECORDS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15 CV 9180 |
| | ) | |
| v. | ) | Judge James B. Zagel |
| | ) | |
| TOMAS KALNOKY, individually and | ) | |
| Doing business as STREETLIGHT | ) | |
| MANIFESTO, | ) | |
| Defendant. | ) | |

### PLAINTIFF'S MOTION TO STRIKE
### EXHIBIT A FROM COMPLAINT OR, IN THE ALTERNATIVE,
### TO REDACT CERTAIN IDENTIFYING INFORMATION

Plaintiff, Victory Records, Inc. ("Victory"), by its undersigned counsel, hereby moves for an order (i) striking *Exhibit A* from its Original Complaint and directing the Clerk of the District Court to either remove or seal it, or in the alternative, (ii) directing the Clerk of the District Court to redact inadvertently disclosed social security numbers from the same. In support hereof, Victory states as follows:

1. Victory filed its original complaint on October 16, 2015, alleging, among other things, breach of contract and copyright infringement (the "Complaint"). (Docket # 1) Attached as *Exhibit A* to the Complaint is a copy of the operative contract between Victory and Defendant (the "Contract"). Defendant has not yet been served.

2. Counsel for Victory emailed an attorney that Victory anticipates may represent Defendant in connection with this lawsuit to request whether Defendant would waive service. That specific attorney had not yet been retained by Defendant, and therefore could not commit to waiving service. But during the communications, Victory learned for the first time that the social security numbers of both Defendant and affiliated individuals had inadvertently been

LP  6659135.1 \ 34636-102490

included on *Exhibit A* in lieu of being redacted. Counsel requested that efforts be made to correct this disclosure.

3. Therefore, by way of this Motion, Victory seeks an Order striking *Exhibit A* from the record, and directing the Clerk of the District Court to remove that Contract from the docket or seal it.

4. In the alternative, Victory asks that this Court to direct the Clerk of the District Court redact the social security numbers on *Exhibit A*.

5. Upon entry of a minute order, and upon request of the Court, Victory can provide the Court with a draft Order with respect to any direction to the Clerk for the District Court.

WHEREFORE, Plaintiff, Victory Records, Inc., requests that this Court enter an Order (i) striking *Exhibit A* from its Original Complaint and directing the Clerk of the District Court to either remove or seal it, or in the alternative, (ii) directing the Clerk of the District Court to redact Defendant's social security number from the same, and (iii) granting such further relief that this Court deems just and appropriate.

Dated: October 21, 2015

Respectfully requested,

**Victory Records, Inc.**

By: /s/ Christopher M. Heintskill
One of Its Attorneys

Christopher M. Heintskill (ARDC No. 6272391)
LEVENFELD PEARLSTEIN, LLC
2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602
(312) 346-8380 – Telephone
(312) 346-8434 – Facsimile

*Appearing as Local Counsel for Plaintiff*

2