## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| **VICTORY RECORDS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 15 CV 9180** |
| | ) | |
| **v.** | ) | |
| | ) | **Judge James B. Zagel** |
| **TOMAS KALNOKY, individually and** | ) | |
| **doing business as STREETLIGHT MANIFESTO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF MOTION

TO:  ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on **October 29, 2015**, at **9:30 a.m.**, or as soon thereafter as the matter may be heard, we shall appear before the Honorable James B. Zagel, Courtroom 2503 of the U.S. District Court for the Northern District of Illinois, or any other judge sitting in his stead, and present **Plaintiff's Motion to Strike Exhibit A From Complaint or, in the Alternative, to Redact Certain Identifying Information,** a true and correct copy of which is attached hereto and hereby served upon you.

Dated:  October 21, 2015

Respectfully requested,

**VICTORY RECORDS, INC.**

By:  /s/ Christopher M. Heintskill

Christopher M. Heintskill (ARDC No. 6272391)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
(312) 346-8380
cheintskill@lplegal.com

*Attorneys for Plaintiff*

LP  6659210.1 \ 34636-102490

## CERTIFICATE OF SERVICE

I, Christopher M. Heintskill, an attorney, hereby certify that on October 21, 2015, I electronically filed this **Notice of Motion** and **Plaintiff's Motion to Strike Exhibit A From Complaint or, in the Alternative, to Redact Certain Identifying Information** with the Clerk of the Court using the CM/ECF system, and a copy of such filing will be sent to the Defendant at the address shown below by placing a copy of the same in a correctly addressed envelope, with proper postage prepaid, and depositing the same in the U.S. Mail at 2 North LaSalle Street, Chicago, Illinois, before 5:00 p.m. on October 21, 2015.

> Mr. Tomas Kalnoky
> 155 W. Washington Blvd., Suite 1020,
> Los Angeles, California  90015


> /s/  Christopher M. Heintskill

2