## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Victory Records, Inc.

                    Plaintiff,

v.                                              Case No.: 1:15–cv–09180
                                                Honorable James B. Zagel

Tomas Kalnoky

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 4, 2015:

      MINUTE entry before the Honorable James B. Zagel: Motion for Leave to Appear Pro Hac Vice [10] is granted. Attorney Robert S. Meloni is granted leave to appear on behalf of Plaintiff. At the Court's instance, the status hearing set for 12/16/15 is stricken and no appearance is necessary. On or before 12/18/15, Plaintiffs' counsel shall file a Current Status Update in accordance with Judge Zagel's Case Management Procedures located on the Court's website at www.ilnd.uscourts.gov. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.