## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| VICTORY RECORDS, INC., | ) | Case No. 15 CV 9180 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge James B. Zagel |
| v. | ) | |
| | ) | |
| TOMAS KALNOKY, individually and | ) | **STIPULATION &** |
| doing business as STREETLIGHT MANIFESTO | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned as follows:

1.     Will Parsons and Jay Bowen, of Shackelford Bowen Zumwalt & Hayes, LLP, hereby appears in the above-entitled action on behalf of Defendant TOMAS KALNOKY, individually and doing business as STREETLIGHT MANIFESTO ("Defendant"), and acknowledges receipt of the Summons, Complaint, Rule 7.1 Disclosure and Civil Cover sheet in the above-referenced action on December 11, 2015.

2.     Defendant shall move, answer or otherwise respond to the Complaint in the above-referenced action by February 9, 2016.

3.     The undersigned hereby further stipulate and agree that this extension is without prejudice to, and Defendant fully reserves, all of his rights to assert any available defenses, except that Defendant shall not assert any defense based on, or object in any way to, the manner or sufficiency of service of process or lack of personal jurisdiction over him.

Dated: December 11, 2015

SHACKELFORD BOWEN ZUMWALT & HAYES, LLP

By: _____
Will Parsons
Jay Bowen
47 Music Square East
Nashville, Tennessee 37203
Tel: (615) 329-4440

*Attorneys for Defendant*


MELONI & McCAFFREY
A Professional Corporation


By: _____
Robert S. Meloni, *pro hac vice*
Thomas P. McCaffrey, *pro hac vice* pending
3 Columbus Circle, 15th Floor
New York, New York 10019
Tel:  (212) 520-6090

-and-

LEVENFELD PEARLSTEIN, LLC
By: Christopher M Heintskill
(ARDC No. 6272391)
2 North LaSalle, 13th Floor
Chicago, IL 60602
Tel: (312) 346-8380

*Attorneys for Plaintiff Victory Records, Inc.*

2