## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| VICTORY RECORDS, INC., | ) | Case No. 15 CV 9180 |
| | ) | |
| Plaintiff, | ) | Judge James B. Zagel |
| v. | ) | |
| | ) | **CURRENT STATUS UPDATE** |
| TOMAS KALNOKY, individually and | ) | |
| doing business as STREETLIGHT MANIFESTO | ) | |
| | ) | |
| Defendant. | ) | |

1.      The Complaint in this action was filed on October 16, 2015.  *See* Dkt. No. 1. Defendant was thereafter served with the pleadings.

2.      Shackelford Bowen Zumwalt & Hayes, LLP appeared for Defendant on December 11, 2015, and filed a Stipulation & Notice of Appearance to that effect. [Dkt. No. 12]. Counsel agreed that Defendant shall move, answer or otherwise respond to the Complaint in this action by February 9, 2016, without prejudice to Defendant's right to assert any available defenses, except to the manner or sufficiency of service of process or lack of personal jurisdiction over him.  *Id.*

3.      The Parties request until February 23, 2016 to file a Supplemental Current Update containing a description of the progress of the case, including a case plan and discovery issues, pending motions, consent to proceed before a magistrate judge and settlement status.

Dated:  December 18, 2015

Respectfully submitted,
MELONI & McCAFFREY
A Professional Corporation
By: /s/Robert S. Meloni
        Robert S. Meloni, admitted *pro hac vice*
        Thomas P. McCaffrey, *pro hac vice* pending
3 Columbus Circle – 15th Floor
New York, New York 10019
Tel:  (212) 520-6090

LEVENFELD PEARLSTEIN, LLC
By: /s/ Christopher M Heintskill (ARDC No. 6272391)
2 North LaSalle, 13th Floor
Chicago, IL 60602
Tel: (312) 346-8380

*Attorneys for Plaintiff Victory Records, Inc.*

---

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2015, I filed the within with the Clerk of the Court. I also certify that on December 18, 2015 the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jay S. Bowen, Esq.
Will Parsons, Esq.
SHACKELFORD, BOWEN, ZUMWALT & HAYES, LLC
47 Music Square East
Nashville, Tennessee 37203
Email: jbowen@shackelfordlaw.net
Email: wparsons@shackelfordlaw.net

By: /s/ Robert S. Meloni