**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Victory Records, Inc.

Plaintiff,

v.

Case No.: 1:15−cv−09180
Honorable James B. Zagel

Tomas Kalnoky

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 28, 2015:

     MINUTE entry before the Honorable James B. Zagel: Pursuant to the parties' Current Status Update [13], Defendant shall answer or otherwise plead on or before 2/9/16. The parties shall jointly file a Supplement Current Status Update on or before 2/23/16. Status hearing set for 6/9/16 at 9:15 a.m. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.