## *AFFIDAVIT OF SPECIAL PROCESS SERVER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 15-09180

### VICTORY RECORDS, INC. V. TOMAS KALNOKY, INDIVIDUALLY AND DOING BUSINESS AS STREETLIGHT MANIFESTO

__Christopher Meharg__ , being first duly sworn on oath deposes and states that he/she is over the age of 18 and not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons & Complaint** to **Tomas Kalnoky** located at **1099 Western Ave., Ben Lomond, CA 95055** in:

__xx__    Substitute service by leaving the documents with an individual over the age of 13 on the __19__ day of __November__ , 2015 at __11:59 A__ .M.

     Name: __Julius Kalnoky__

__xx__    After substitute service I mailed a copy of the listed documents, via regular mail to the subject on the __8__ day of __Dec.__ , 2015.

__xx__    The following events occurred prior to service:

The door was answered by a male who said his name was Julius Kalnoky. He refused to give me any information other than his name. There was another male inside the house, but he did not come to the door. I stated subject was being served and left a copy of the documents with him.

A description of the person with whom the documents were left is as follows:

| | | | |
|---|---|---|---|
| Sex: | __Male__ | Hair Color/Style: | __Salt & Pepper hair__ |
| Race: | __White__ | Height (approx.): | __5'9"__ |
| Age (approx.): | __60's__ | Weight (approx.): | __200__ |

Noticeable Features/Notes: _____

Signed and Sworn to before me This __10__ day of __December__ , 2015.

_____
Notary Public

Served By: _____

Process Server
Title
15-12896

K. SIGALA
Commission # 2005217
Notary Public - California
Monterey County
My Comm. Expires Jan 26, 2017

Service was completed by an independent contractor retained by It's Your Serve, Inc.