## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **VICTORY RECORDS, INC.** | ) | |
| | ) | **Civil Action No. 1:15-cv-09180** |
| **Plaintiff,** | ) | |
| | ) | **JURY DEMAND** |
| | ) | |
| **v.** | ) | **JUDGE ZAGEL** |
| | ) | |
| **TOMAS KALNOKY, individually and doing** | ) | |
| **business as STREETLIGHT MANIFESTO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT TOMAS KALNOKY'S MOTION TO DISMISS

Defendant Tomas Kalnoky hereby moves the court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Counts II, III, and IV of the Complaint filed by Victory Records, Inc. ("Victory").

On December 4, 2002, Victory entered into an Exclusive Recording Agreement with the musical group known as Streetlight Manifesto. All of the rights and obligations in the Recording Agreement pertain to "You" and "Artist," which the Recording Agreement expressly defines as the group, Streetlight Manifesto. Kalnoky, the lead singer of Streetlight Manifesto, is not a party to the Recording Agreement outside of his capacity as a member of the group. Victory has no rights under the Recording Agreement to Kalnoky's services as a solo artist or to his solo recordings. Nevertheless, Victory has sued Kalnoky, individually, for alleged breach of the Recording Agreement and for copyright infringement because he self-released certain solo albums during the term of the Recording Agreement. Respectfully, these claims fail as a matter of law and should be dismissed because the Recording Agreement does not apply to Kalnoky individually. In further support of this motion, Kalnoky is submitting herewith a Memorandum of Law (with exhibits).

2

Respectfully submitted,


/s Vangelis Economou

Will Parsons, TN Bar No. 26519 (*pro hac vice* application pending)
SHACKELFORD BOWEN MCKINLEY & NORTON, LLP
47 Music Square East
Nashville, TN 37203
T: (615) 329-4440
wparsons@shackelfordlaw.net


Vangelis Economou, IL Bar No. 6185336
ECONOMOU IP LAW
315 South Plymouth Court, Suite 1110
Chicago, IL 60604
T: (847) 644-3500
Van@EconomouIP.com


*Attorneys for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing has been filed using the Court's Electronic Filing System on this the 9th day of February 2016, and will be served through that System on all attorneys who have entered an appearance in this case, including:

Robert Meloni
Thomas McCaffrey
Meloni & McCaffrey, P.C.
3 Columbus Circle, 15th Floor
New York, New York 10019

Chris Heintskill
Levenfeld & Pearlstein, LLC
2 N. LaSalle St. Suite 1300
Chicago, Illinois  60602

/s Will Parsons