**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **VICTORY RECORDS, INC.** | ) | |
| | ) | **Civil Action No. 1:15-cv-09180** |
| **Plaintiff,** | ) | |
| | ) | **JURY DEMAND** |
| | ) | |
| **v.** | ) | **JUDGE ZAGEL** |
| | ) | |
| **TOMAS KALNOKY, individually and doing** | ) | |
| **business as STREETLIGHT MANIFESTO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF MOTION**

TO:    Robert S. Meloni
        Thomas Paul McCaffrey
        Meloni & McCaffrey, P.C.
        3 Columbus Circle, 15th Floor
        New York, New York 10019

        Christopher M Heintskill
        Levenfeld Pearlstein
        2 North LaSalle Street, 13th Floor
        Chicago, IL 60602

PLEASE TAKE NOTICE that on Thursday, February 11, 2016, at 9:00 a.m., counsel shall appear before the Honorable James B. Zagel in Courtroom 2503 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Defendant Tomas Kalnoky's Motion to Dismiss**. A copy of this motion was served upon you via the Court's electronic filing system earlier today.

Respectfully submitted,


/s Vangelis Economou
Will Parsons, TN Bar No. 26519 (*pro hac vice* application pending)
SHACKELFORD BOWEN MCKINLEY &
NORTON, LLP
47 Music Square East
Nashville, TN 37203
T: (615) 329-4440
wparsons@shackelfordlaw.net

Vangelis Economou, IL Bar No. 6185336
ECONOMOU IP LAW
315 South Plymouth Court, Suite 1110
Chicago, IL 60604
T: (847) 644-3500
Van@EconomouIP.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed using the Court's Electronic Filing System on this the 9th day of February 2016, and will be served through that System on all attorneys who have entered an appearance in this case, including:

Robert Meloni
Thomas McCaffrey
Meloni & McCaffrey, P.C.
3 Columbus Circle, 15th Floor
New York, New York 10019

Chris Heintskill
Levenfeld & Pearlstein, LLC
2 N. LaSalle St. Suite 1300
Chicago, Illinois  60602

/s Will Parsons

3