**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Victory Records, Inc.

                    Plaintiff,

v.                                    Case No.: 1:15–cv–09180
                                    Honorable James B. Zagel

Tomas Kalnoky

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 9, 2016:

      MINUTE entry before the Honorable James B. Zagel: Motion for Leave to Appear Pro Hac Vice [17] is granted. Attorney Will Parsons is granted leave to appear on behalf of Tomas Kalnoky and Streetlight Manifesto. The Court enters the parties' agreed briefing schedule on Defendant's Motion to Dismiss [18]: Plaintiff shall respond on or before 3/11/16 and Defendant shall reply on or before 3/25/16. Ruling set for 5/10/16 at 9:30 a.m. Status hearing previously set for 6/9/16 is stricken. Hearing set for 2/11/16 is stricken and no appearance is necessary. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.