## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| VICTORY RECORDS, INC., | ) | Case No. 15 CV 9180 |
| | ) | |
| Plaintiff, | ) | Judge James B. Zagel |
| v. | ) | |
| | ) | **CURRENT STATUS UPDATE** |
| TOMAS KALNOKY, individually and | ) | |
| doing business as STREETLIGHT MANIFESTO | ) | |
| | ) | |
| Defendant. | ) | |

1.      In accordance with this Court's Order dated December 28, 2015, the parties respectfully submit this Supplemental Current Status Update.

2.      Defendant filed a Motion to Dismiss [Dkt. No. 18] on February 9, 2016. Plaintiff's response is due to be filed on March 10, 2016, and Defendant's Reply is due to be filed on March 25, 2016.

3.      There has been no other activity in this case.

Dated:  February 23, 2016

Respectfully submitted,
MELONI & McCAFFREY
A Professional Corporation
By: /s/Robert S. Meloni
        Robert S. Meloni, admitted *pro hac vice*
        Thomas P. McCaffrey, *pro hac vice* pending
3 Columbus Circle – 15th Floor
New York, New York 10019
Tel:  (212) 520-6090

LEVENFELD PEARLSTEIN, LLC
By: /s/ Christopher M Heintskill (ARDC No. 6272391)
2 North LaSalle, 13th Floor
Chicago, IL 60602
Tel: (312) 346-8380

*Attorneys for Plaintiff Victory Records, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2016, the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Will Parsons, Esq.
SHACKELFORD, BOWEN, ZUMWALT & HAYES, LLC
47 Music Square East
Nashville, Tennessee 37203
Email: wparsons@shackelfordlaw.net

By: /s/ Robert S. Meloni