## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| VICTORY RECORDS, INC., | ) | Case No. 15 CV 9180 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge James B. Zagel |
| v. | ) | |
| | ) | |
| TOMAS KALNOKY, individually and | ) | |
| doing business as STREETLIGHT MANIFESTO | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
### EXCESS PAGES REGARDING OPPOSITION TO MOTION TO DISMISS

Plaintiff, Victory Records, Inc., by its undersigned counsel, respectfully requests leave to file a Memorandum of Law in opposition to Defendant's Motion to Dismiss [Dkt. No. 18] that is beyond the Court's 15-page limitation per Memorandum. Defendant has no objection to the relief sought herein. In support of this Motion, Plaintiff states as follows:

1. In his Motion to Dismiss, Defendant seeks a ruling dismissing Counts II, III, and IV of the Complaint, as well as Counts I and V to the extent they were asserted Tomas Kalnoky individually.

2. Plaintiff's proposed opposition to the Motion to Dismiss addresses several provisions contained in the exclusive merchandising and recording artist agreement dated December 4, 2002.

3. Due to the number of factual and legal issues, Plaintiff requests leave to file its supporting response memorandum of law of up to 20 pages (*i.e.*, up to 5 additional pages beyond the 15-page limit provided for in LR7.1 of this Court's Local Rules). Good cause exists for the

1

additional pages because Plaintiff cannot fully and adequately address all the issues within the 15-page limit despite their good faith efforts to be concise and efficient in its Memorandum.

4.      Plaintiff recognizes that the Court grants extensions of the 15-page limit only where warranted.  In this instance, however, Plaintiff respectfully submits that the excess pages are necessary to provide the Court with the required review of the specific allegations in the Complaint and provisions in the governing agreement that resolve the factual issues raised in the Rule 12(b)(6) motion, and a concise recitation of the controlling precedents that overcome its corresponding legal arguments, which will assist the Court in resolving the presented issues as efficiently as possible now, and reduce the judicial resources needed to manage this action going forward.

5.      Plaintiff's counsel has conferred with counsel for Defendant, who stated he does not oppose the relief sought herein.

WHEREFORE, Plaintiff, Victory Records, Inc., respectfully requests leave to file its Memorandum of Law in support of their opposition to the Motion to Dismiss consisting of up to 20 pages.

Dated:   February 24, 2016

By:   s/ Robert S. Meloni
Robert S. Meloni
Thomas P. McCaffrey
MELONI & McCAFFREY
A Professional Corporation
3 Columbus Circle, 15th Fl.
New York, NY 10019
*Appearing Pro Hac Vice*

Christopher M. Heintskill
Levenfeld Pearlstein, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
*Appearing as Local Counsel*

*Attorneys for Plaintiff*