## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | | |
|---|---|---|
| **VICTORY RECORDS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 15 CV 9180** |
| | ) | |
| v. | ) | |
| | ) | **Judge James B. Zagel** |
| **TOMAS KALNOKY, individually and** | ) | |
| **doing business as STREETLIGHT MANIFESTO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

TO:  ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on **March 1, 2016**, at **9:30 a.m.**, or as soon thereafter as the matter may be heard, we shall appear before the Honorable James B. Zagel, Courtroom 2503 of the U.S. District Court for the Northern District of Illinois, or any other judge sitting in his stead, and present **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES REGARDING OPPOSITION TO MOTION TO DISMISS,** a true and correct copy of which is attached hereto and hereby served upon you.

Dated:  February 24, 2016

Respectfully requested,

**VICTORY RECORDS, INC.**

By:  /s/ Christopher M. Heintskill

Christopher M. Heintskill (ARDC No. 6272391)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
(312) 346-8380
cheintskill@lplegal.com

*Attorneys for Plaintiff*

LP 6659210.1 \ 34636-102490

## CERTIFICATE OF SERVICE

I, Christopher M. Heintskill, an attorney, hereby certify that on February 24, 2016, I electronically filed this **NOTICE OF MOTION** and **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES REGARDING OPPOSITION TO MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

Will Parsons, Esq.
Shackelford, Bowen, Zumwalt & Hayes, LLC
47 Music Square East
Nashville, Tennessee 37203
wparsons@shackelfordlaw.net

_____ /s/ Christopher M. Heintskill _____

2