**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Victory Records, Inc.

                          Plaintiff,

v.                                                    Case No.: 1:15–cv–09180
                                                      Honorable James B. Zagel

Tomas Kalnoky

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 24, 2016:

      MINUTE entry before the Honorable James B. Zagel: Plaintiff's Motion for Leave to File Excess Pages [23] is granted. Plaintiff is granted leave to file its Memorandum of Law in support of their opposition to the Motion to Dismiss consisting of up to 20 pages. Hearing set for 3/1/16 is stricken and no appearance is necessary. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.