## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| VICTORY RECORDS, INC., | ) | Case No. 15 CV 9180 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge James B. Zagel |
| v. | ) | |
| | ) | |
| TOMAS KALNOKY, individually and | ) | |
| doing business as STREETLIGHT MANIFESTO | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF ANTHONY BRUMMEL

ANTHONY BRUMMEL declares under penalty of perjury as follows:

1. I am the CEO of Plaintiff Victory Records, Inc.

2. I make this declaration based on my own personal knowledge in opposition to Defendant's Motion to Dismiss.

3. Attached hereto as Exhibit A is a true and correct copy of an Amendment dated February 14, 2013 to the exclusive recording artist and merchandising agreement dated December 4, 2002 between Victory Records, Inc. and Tomas Kalnoky, professionally known as "Streetlight Manifesto."

4. I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of March, 2016, in Chicago, Illinois.

_____
ANTHONY BRUMMEL

**EXHIBIT A**

**VICTORY RECORDS, INC.**
**346 N. Justine Street**
**Chicago, IL 60607**

February 14, 2013

Streetlight Manifesto
c/o Tomas Kalnoky
155 West Washington Blvd.
Suite 1020
Los Angeles, CA 90015

Reference is made to the exclusive recording agreement (the "Agreement") dated as of December 4, 2002 between Victory Records, Inc. ("Company") and Tomas Kalnoky, professionally known as "Streetlight Manifesto" ("Artist"). Nothwitstanding anything to the contrary expressed or implied in the Agreement, Company and Artist hereby agree as follows:

1.      Capitalized terms used herein and not otherwise defined shall have the meanings specified in the Agreement.

2.      Promptly following the complete execution of this agreement, Artist shall Deliver to Company (a) Masters constituting one (1) Album entitled *The Hands That Thieve* (the "New Album"), and (b) "Artwork" to be used by Company in connection with the New Album. Satisfactory Delivery of the New Album pursuant to the term of the Agrement shall constitute satisfaction of the Recording Commitment for the current Contract Period. As used herein, the term Artwork shall mean and include: (i) updated logo and any associated font styles to be consistent with the New Album; and (ii) all layout elements and final layouts files for each format (i.e., CD, Vinyl, etc.) which is satisfactory to Company in its reasonable business judgment.

3.      Immediately following Company's receipt of the Masters constituting the New Album and the artwork to be used in connection with the New Album, in accordance with the Agreement and this agreement, Company shall pay to Artist the amount of ███████████████████ ██████████, which amount represents an Advance equal or exceeding the contractual Recording Fund for the New Album.

4.      Immediately following Company's receipt of the Masters constituting the New Album and the artwork to be used in connection with the New Album, in accordance with the Agreement, Company shall pay to Artist the amount of ██████████████████ ██████████, which amount represents royalties currently owed by Company to Artist pursuant to the Agreement. Concurrently with the payment of such amount, Company shall provide Artist with an accounting statement with respect to such royalties.

5.      Subject to and conditioned upon Artist's receipt of the amounts referred to above, Artist hereby approves the five (5) merchandise designs set forth in Schedule A hereto.

6.      Upon Artist's request, Company shall sell to Artist physical copies of any of Artist's Records distributed by Company at the following prices, (a) for compact discs - ███ Dollars ($█); (b) for single vinyl albums - Six Dollars ($6); and (c) for double vinyl albums -███ Dollars ($█). Company acknowledges that Artist has the right to sell such copies of physical products

solely at (i) Artist's concert and/or live performamces, and (ii) direct to consumers through the webstore exclsively controlled by Artist (i.e., use of third party online sellers or resellers is strictly probibited), and to keep for its own account the proceeds therefrom. Victory shall have no obligation to pay and account for any royalties otherwise payable under the Agreement for any sales to Artist under this paragraph.

7.      Each of Company and Artist represents and warrants that it is authorized, empowered and able to enter into and fully perform its obligations under this agreement.

8.      Subject to the exception set forth below, Company and Artist each agree that they, and each of them, shall keep confidential all of the terms of this agreement and the Agreement, and any of any and all financial or other terms thereof, except as may be required to enforce this agreement and the Agreement, as may be compelled by law, and/or as may be necessary for tax or accounting purposes,provided, however, that: (a) either party shall have the right to disclose such terms to its/his their officers, directors, employees and representatives (collectively, the "Representatives") solely for the purpose of exercising the rights or obligations hereunder and/or to administer this agreement and the Agreement, and subject always to the terms of this paragraph 8; and (b) if either party or any of its Representatives becomes legally compelled (by deposition, interrogatories, requests for documents, subpoena, civil investigative demand or similar process) to disclose any such terms, such disclosure pursuant thereto shall not be deemed a breach of this paragraph (provided, further, however that the party legally compelled to make such disclosure shall promptly notify the other party hereto of such fact prior to making such disclosure).

9.      This agreement may be executed in counterparts, and when the parties have signed and delivered at least one such counterpart, each counterpart shall be deemed an original, and, when taken together with other signed counterparts, shall constitute one agreement, which shall be binding upon and effective to the Parties. PDF, facsimile copies or photocopies of an executed version of this agreement shall have the same force and effect as the original version.

10.     The Agreement is otherwise hereby ratified and affirmed.

In witness whereof, the parties have caused this agreement to be executed as of the date hereof.

Victory Records, Inc.

By: _____     Dated: February 14, 2013
Name:  Anthony K. Brummel
Title:  President

_____     Dated: February 14, 2013
Tomas Kalnoky, professionally known
as "Streetlight Manifesto"