## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Victory Records, Inc.

                    Plaintiff,

v.                                              Case No.: 1:15−cv−09180
                                                Honorable James B. Zagel

Tomas Kalnoky

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 9, 2016:

    MINUTE entry before the Honorable James B. Zagel: Hearing set for 5/10/16 is stricken and no appearance is necessary. Ruling will issue shortly via CM/ECF. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.