# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. James B. Zagel took senior status effective October 21, 2016 pursuant to 28 USC §294(b); and

It appearing that the following cases are currently assigned to the Hon. James B. Zagel; and

It further appearing that Judge Zagel has requested that these cases be reassigned to the judges of this Court pursuant to 28 USC §294(b); therefore

It is hereby ordered that the following list of cases are to be reassigned by lot to the active district judges of this Court, pursuant to IOP 13(c)(4).

| Case Number | Case Name | Reassigned To |
|---|---|---|
| 06-cv-04481 | Saltzman v. Pella Corporation et al | Judge Sharon Johnson Coleman |
| 14-cv-6013 | Crampton v. Pella Windows and Doors, Inc. et al | Judge Sharon Johnson Coleman |
| 07-cv-04542 | Tomas v. The State of Illinois, Illinois Department of Employment Security | Judge John J. Tharp, Jr. |
| 07-cv-06274 | Tomas v. The State of Illinois et al | Judge John J. Tharp, Jr. |
| 08-cv-00610 | Tomas v. Union AFSCME-American Federation | Judge John J. Tharp, Jr. |
| 11-cv-06612 | Gaston v. Ghosh et al | Judge Edmond E. Chang |
| 12-cv-4356 | McMahan et al v. Deutsche Bank AG et al | Judge Sharon Johnson Coleman |
| 13-cv-0451 | Vega v. Chicago Park District | Judge Jorge L. Alonso |
| 13-cv-1501 | Patterson v. Wexford Health Sources Inc. et al | Judge Jorge L. Alonso |
| 13-cv-1698 | Palmer v. Hardy et al | Judge Thomas M. Durkin |
| 13-cv-5024 | Moglia v. Bruno A Pasquinelli et al | Judge Charles Norgle |
| 13-cv-5321 | Banks, Jr. v. Bay et al | Judge Edmond E. Chang |
| 13-cv-5702 | D&B II Enterprises, LLC v. Universal Tax Systems Inc. | Judge Rebecca R. Pallmeyer |
| 13-cv-6726 | Bernal et al v. Johnson | Judge Sara L. Ellis |
| 13-cv-8624 | Vega v. Hardy et al | Judge Matthew F Kennelly |
| 14-cv-0640 | Albanese et al v. Elmwood Park Police Sergeant John Wasilenko et al | Judge John Z. Lee |
| 14-cv-0885 | Tstinic v. Bautista et al | Judge Sharon Johnson Coleman |
| 14-cv-1040 | Simpson et al v. Allstate Insurance Co. et al | Judge Matthew F Kennelly |
| 14-cv-2830 | Torres et al v. Allstate Indemnity Co. et al | Judge Matthew F Kennelly |

| Case Number | Case Name | Judge |
|---|---|---|
| 14-cv-1114 | Blakey v. Carter et al | Judge Amy J. St. Eve |
| 14-cv-1735 | Remijas v. The Neiman Marcus Group, LLC | Judge Samuel Der-Yeghiayan |
| 14-cv-1850 | Sgouros v. TransUnion Corp. et al | Judge John Z. Lee |
| 14-cv-2090 | Envirogen Technologies, Inc. v. Maxim Construction Corporation, Inc. | Judge Amy J. St. Eve |
| 14-cv-3032 | Brown v. Dart | Judge John Z. Lee |
| 14-cv-3399 | Nix v. Delozier et al | Judge Gary Feinerman |
| 14-cv-3488 | Lagunes et al v. Sebert Landscaping Company et al | Judge Samuel Der-Yeghiayan |
| 15-cv-9786 | Perez v. Sebert Landscaping Company d/b/a | Judge Samuel Der-Yeghiayan |
| 14-cv-5258 | Progressive National Baptist Convention, Inc. v. Urban Ministries, Inc Great | Judge Samuel Der-Yeghiayan |
| 14-cv-5713 | Lewis et al v. Will County Adult Detention Facility et al | Judge Andrea R. Wood |
| 14-cv-7084 | Stallworth v. Loyola University Chicago et al | Judge Virginia M. Kendall |
| 14-cv-7473 | Oesterlin v. Cook County Sheriff's Department et al | Judge Charles Norgle |
| 14-cv-7627 | Dorsey v. Washington et al | Judge Matthew F Kennelly |
| 14-cv-7744 | Annoreno et al v. Claire's Stores, Inc. et al | Judge John Z. Lee |
| 14-cv-8043 | Gibson v. Obaisi et al | Judge Matthew F Kennelly |
| 14-cv-8231 | Dickter v. Quinn et al | Judge Amy J. St. Eve |
| 14-cv-8717 | Williams v. Randle et al | Judge Amy J. St. Eve |
| 15-cv-8135 | Williams v. Kelly et al | Judge Amy J. St. Eve |
| 14-cv-9564 | Lyons v. Vergara, et al. | Judge Sharon Johnson Coleman |
| 14-cv-9933 | Plumbers Pension Fund, Local 130, U.A. et al v. Pellegrini Plumbing, LLC. et al | Judge Manish S. Shah |
| 14-cv-10217 | Collier v. Cook County Sheriff | Judge Samuel Der-Yeghiayan |
| 15-cv-1281 | Abrego v. Robert A. McDonald, Secretary of Veteran Affairs | Judge Matthew F Kennelly |
| 15-cv-1640 | Trustees of the Chicago Painters and Decorators Welfare Fund v. Theberge et al | Judge Edmond E. Chang |
| 15-cv-1981 | Edwards v. Mack Trucks, Inc. et al | Judge Matthew F Kennelly |
| 15-cv-2520 | Masio v. Dawalibi et al | Judge Gary Feinerman |
| 15-cv-3378 | Carpenters Fringe Benefit Funds of Illinois et al v. Bowman | Judge Edmond E. Chang |

| Case Number | Case Name | Judge |
|---|---|---|
| 15-cv-4116 | Zeidel v. Barbizon School of San Francisco, Inc. | Judge Samuel Der-Yeghiayan |
| 15-cv-4231 | Prosapio v. Cripe Mobile Home Transport et al | Judge Thomas M. Durkin |
| 15-cv-4377 | Neal & McDevitt, LLC v. Neo-Neon Holdings, Ltd. et al | Judge Sharon Johnson Coleman |
| 15-cv-4388 | Garner et al v. FedEx Ground Package System, Inc. | Judge Edmond E. Chang |
| 15-cv-4668 | Lyons v. Schwarz et al | Judge Sharon Johnson Coleman |
| 15-cv-4838 | Richardson v. Dunn et al | Judge Thomas M. Durkin |
| 15-cv-4917 | Johnson v. Hines, et al | Judge John J. Tharp, Jr |
| 15-cv-4989 | Rogers v. United States of America | Judge John J. Tharp, Jr. |
| 15-cv-4997 | Velez v. Palermo Enterprises, Inc. et al | Judge Matthew F Kennelly |
| 15-cv-5753 | CA Acquisition, LLC d/b/a Chicago Aerosol v. Key Brands International, LTD. | Judge Gary Feinerman |
| 15-cv-5921 | Downing v. Abbott Laboratories et al | Judge John J. Tharp, Jr |
| 15-cv-6174 | Patel v. Merchant et al | Judge Sharon Johnson Coleman |
| 15-cv-6358 | Gibson v. Obaisi et al | Judge Matthew F Kennelly |
| 15-cv-6433 | Salerno v. County Employees' and Officers' Annuity and Benefit Fund of Cook County et al | Judge Thomas M. Durkin |
| 15-cv-6436 | Budlove v. The County Employees' and Officers' Annuity and Benefit Fund of Cook County et al | Judge Thomas M. Durkin |
| 15-cv-7041 | Lynn v. United Air Lines, Inc. | Judge John Roberto Blakey |
| 15-cv-7267 | Craig Rankins v. Officer G. McEnerey, et al | Judge Amy J. St. Eve |
| 15-cv-7514 | Bredemeier v. McDonald | Judge Samuel Der-Yeghiayan |
| 15-cv-8064 | Marquez v. H.M.M. Pallets, Inc. et al | Judge Andrea R. Wood |
| 15-cv-8555 | Geuss v. Wells Fargo Bank, N.A. et al | Judge Rebecca R. Pallmeyer |
| 15-cv-8685 | Kimura-Bayley v. City of Ottawa et al | Judge John Roberto Blakey |
| 15-cv-8839 | Kennedy v. Lucent Technologies Inc. Long Term Disability Plan for Management or LBA Employees et al | Judge Charles Norgle |
| 15-cv-9160 | Hale v. Cook County Jail et al | Judge Manish S. Shah |
| 15-cv-9180 | Victory Records, Inc. v. Kalnoky | Judge John Z. Lee |
| 15-cv-9384 | Howard v. Sheriff et al | Judge Jorge L. Alonso |

15-cv-9540 Watford v. Doe et al  Judge Virgin M. Kendall

15-cv-9876   Dorsey v. Williams et al   Judge Matthew F. Kennelly

15-cv-10056   Henson v. Chicago Public School CPS et al   Judge John J. Tharp, Jr.

15-cv-10166   Johnson v. New NGC, Inc.   Judge Sara L. Ellis

15-cv-10374   Dancor Construction, Inc. v. AutoZone, Inc.   Judge Gary Feinerman

15-cv-10573   Johnson v. Wexford Health Sources, Inc. et al   Judge Robert M. Dow, Jr.

15-cv-10777   Dawson v. Rocco et al   Judge Samuel Der-Yeghiayan

15-cv-10817   Suson v. The PNC Financial Services Group, Inc. and Affiliates Long Term   Judge Amy J. St. Eve

15-cv-11190   Pizano v. Big top & Party Rentals, LLC d/b/a Big Top Tent & Party Rentals, LLC et al   Judge Robert M. Dow, Jr.

15-cv-11515   Farias v. Great Lakes Credit Union   Judge Sara L. Ellis

16-cv-0212   Centeno v. Williams et al   Judge Edmond E. Chang

16-cv-2287   Dewar v. Felmon et al   Judge Virginia M. Kendall

16-cv-2471   Hanks v. McGarvey et al   Judge Thomas M. Durkin

16-cv-2510   Gibson v. Obaisi et al   Judge Matthew F. Kennelly

16-cv-4297   RSM US LLP v. Bober et al   Judge Andrea R. Wood

16-cv-4416   Sinclair et al v. Carter et al   Judge Amy J. St. Eve

16-cv-4631   Campbell et al v. Whobrey et al   Judge Edmond E. Chang

16-cv-4787   Marcus v. Dart et al   Judge Rebecca R. Pallmeyer

16-cv-4802   Tetik v. Fenton & McGarvey Law Firm, P.S.C. et al   Judge Amy J. St. Eve

16-cv-4832   Thomas v. Dart et al   Judge Andrea R. Wood

16-cv-4907   Vega v. Wexford Health Sources Inc. et al   Judge Matthew F. Kennelly

16-cv-4984   Midwest Operating Engineers Welfare Fund et al v. TNT Restoration Construction   Judge Manish S. Shah

16-cv-5426   Fagan et al v. Capital One, N.A.   Judge Gary Feinerman

16-cv-5427   Hudson v. Governing Board of South Cook Intermediate Service Center et al   Judge Sara L. Ellis

| Case Number | Case Name | Judge |
|---|---|---|
| 16-cv-5444 | Milner v. Garcia et al | Judge Matthew F. Kennelly |
| 16-cv-5458 | Smith v. Dart et al | Judge Robert M. Dow, Jr. |
| 16-cv-5489 | Ronan v. Home Depot U.S.A., Inc. | Judge Andrea R. Wood |
| 16-cv-5519 | McConnell v. Torres et al | Judge Samuel Der-Yeghiayan |
| 16-cv-5563 | Ashley v. Village of Dixmoor | Judge Matthew F. Kennelly |
| 16-cv-5612 | Trustees of the Cement Masons Pension Fund, Local 502 et al v. Maxim Construction Corporation, Inc. | Judge Sara L. Ellis |
| 16-cv-5643 | Wave 3 Learning v. AVKO Educational Research Foundation, Inc. | Judge Jorge L. Alonso |
| 16-cv-5715 | Fox v. Manley Deas Kochalski, LLC et al | Judge Thomas M. Durkin |
| 16-cv-5870 | Frazier v. Mashiach et al | Judge Edmond E. Chang |
| 16-cv-6050 | Chicago SMSA Limited Partnership d/b/a Verizon Wireless et al v. Village of Westchester et al | Judge Thomas M. Durkin |
| 16-cv-6260 | Cappelletti et al v. Putman Media, Inc. | Judge John Z. Lee |
| 16-cv-6347 | Whitlock v. Williams Lea, Inc. | Judge Manish S. Shah |
| 16-cv-6362 | Sportbrain Holdings LLC v. Microsoft Corporation | Judge Jorge L. Alonso |
| 16-cv-6410 | Johnson v. Dart | Judge Gary Feinerman |
| 16-cv-6613 | Woods v. Dart et al | Judge Andrea R. Wood |
| 16-cv-6801 | Lhf Productions, INC. v. Does 1-18 | Judge Matthew F. Kennelly |
| 16-cv-6943 | Sportbrain Holdings LLC v. United Healthcare Services, Inc. | Judge John J. Tharp, Jr. |
| 16-cv-6969 | National Life Insurance Company v. Anderson et al | Judge Sara L. Ellis |
| 16-cv-7015 | Dineen v. Oliver et al | Judge John Robert Blakey |
| 16-cv-7031 | Lin v. Hartford Life Insurance Company | Judge Virginia M. Kendall |
| 16-cv-7054 | Lit v. Zazzle Inc. | Judge Thomas M. Durkin |
| 16-cv-7108 | Frazier v. County Of Cook | Judge Matthew F. Kennelly |
| 16-cv-7175 | Peterson v. Lending Club et al | Judge Robert M. Dow, Jr. |
| 16-cv-7205 | J & M Sales Incorporated v. Reliance Worldwide Corporation | Judge Amy J. St. Eve |
| 16-cv-7218 | Manzo | Judge Jorge L. Alonso |

| Case Number | Case Name | Judge |
|---|---|---|
| 16-cv-7263 | Garcia de Alba v. General Revenue Corporation | Judge Manish S. Shah |
| 16-cv-7328 | Briggs v. Doe | Judge Robert M. Dow, Jr |
| 16-cv-7403 | U.S. Bank National Association d/b/a U.S. Bank Equipment Finance v. Paras International, Inc. et al | Judge Jorge L. Alonso |
| 16-cv-7469 | Clark v. O'Connar | Judge Samuel Der-Yeghiayan |
| 16-cv-7533 | Trustees of the Chicago Painters and Decorators Pension Fund et al, v. Regency Group of Illinois, Inc. et al | Judge Matthew F. Kennelly |
| 16-cv-7640 | America v. Bergin et al | Judge Amy J. St. Eve |
| 16-cv-7744 | Herrera et al v. Eco-Clean Maintenance, Inc. et al | Judge Thomas M. Durkin |
| 16-cv-7772 | Lifespan Medical Associates, LLC v. A. F. Hauser, Inc. et al | |
| 16-cv-7800 | Laborers' Pension Fund et al v. JLL Construction Services, Inc. | Judge Edmond E. Chang |
| 16-cv-7816 | Liquidity Services, Inc. v. Jacobs Trading, LLC et al | Judge Thomas M. Durkin |
| 16-cv-7843 | Reed v. Nickelson et al | Judge Jorge L. Alonso |
| 16-cv-7884 | Dorsey v. Obaisi et al | Judge Rebecca R. Pallmeyer |
| 16-cv-7968 | Garcia v. Joliet School District 86 et al | Judge Robert M. Dow, Jr |
| 16-cv-7994 | Randstad Life Sciences v. Pondel et al | Judge Amy J. St. Eve |
| 16-cv-8088 | Chicago Car Care Inc. v. S.C.R.A.P. Inc. et al | Judge Andrea R. Wood |
| 16-cv-8161 | Gardner v. American Airlines, Inc., et al | Judge Rebecca R. Pallmeyer |
| 16-cv-8175 | Kirkwood v. Fisher | Judge Robert M. Dow, Jr |
| 16-cv-8263 | Armstrong v. Villa Park Police Department | Judge Manish S. Shah |
| 16-cv-8380 | Berberena v. Illinois State Police et al | Judge John Robert Blakey |
| 16-cv-8410 | LHF Productions, Inc. v. Does 1-25 | Judge Thomas M. Durkin |
| 16-cv-8416 | LHF Productions, Inc. v. Does 1-27 | Judge Edmond E. Chang |
| 16-cv-8444 | Henry v. Valley View School District 365U et al | Judge Charles R. Norgle, Sr |
| 16-cv-8494 | McFerren v. Wood et al | Judge Robert M. Dow, Jr |
| 16-cv-8571 | Lakes v. Corrigan et al | Judge Andrea R. Wood |
| 16-cv-8573 | Worthington v. JJ Severson Affiliates, Inc. et al | Judge Samuel Der-Yeghiayan |

| Case Number | Case Name | Judge |
|---|---|---|
| 16-cv-8600 | Burbridge v. NPL Construction Co. | Judge Rebecca R. Pallmeyer |
| 16-cv-8601 | Fernandez v. El Valle Florido Inc. et al | Judge Samuel Der-Yeghiayan |
| 16-cv-8722 | Munoz v. Wheeler Trailers, Inc. | Judge Manish S. Shah |
| 16-cv-8752 | Copeland v. Wells Fargo Home Mortgage | Judge Andrea R. Wood |
| 16-cv-8761 | Covenant Transportation Group v. Navistar International Corp. et al | Judge Andrea R. Wood |
| 16-cv-8828 | DeWalt v. O'Hara et al | Judge Virginia M. Kendall |
| 16-cv-8865 | Calhoun v. Yu | Judge Jorge L. Alonso |
| 16-cv-8883 | Wilde et al v. NuVasive Inc. | Judge Matthew F. Kennelly |
| 16-cv-8892 | Miller v. I.C. System, Inc. | Judge Sara L. Ellis |
| 16-cv-9019 | Moron v. Thomas Cioppa et al | Judge Charles R. Norgle, Sr. |
| 16-cv-9026 | Sportbrain Holdings LLC v. Strava, Inc. | Judge Sharon Johnson Coleman |
| 16-cv-9123 | Mid-West Institutional Food Distributors, Inc. v. Chia's Restaurant Group, Inc. | Judge Rebecca R. Pallmeyer |
| 16-cv-9178 | Barnes v. Mack Industries et al | Judge Manish S. Shah |
| 16-cv-9186 | TCF Inventory Finance, Inc. v. Keppel Brothers LLC et al | Judge Matthew F. Kennelly |
| 16-cv-9193 | United States of America on Behalf of Its Agency Secretary of U.S. Department of Housing and Urban Development v. Harrell (Deceased) et al | Judge John J. Tharp, Jr. |
| 16-cv-9228 | Tyburski v. City Of Chicago | Judge John Z. Lee |
| 16-cv-9251 | Laborers' Welfare Fund for the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago Vicinity et al v. Ryans Professional Services, Inc. | Judge John Robert Blakey |
| 16-cv-9253 | Laborers' Pension Fund et al v. Midwest Rem Enterprises, Inc. | Judge Samuel Der-Yeghiayan |
| 16-cv-9264 | Davis v. Dart et al | Judge Sharon Johnson Coleman |
| 16-cv-9385 | Bowles v. County Of Cook et al | Judge John J. Tharp, Jr. |
| 16-cv-9386 | Stamps v. City Of Chicago | Judge John Robert Blakey |
| 16-cv-9410 | Gary Spanier, D.C. P.A. v. State Farm Mutual Automobile Insurance Company | Judge Charles R. Norgle, Sr. |
| 16-cv-9435 | Monilaw v. Nationstar Mortgage LLC | Judge Jorge L. Alonso |
| 16-cv-9595 | Doftartas v. Medina Maltes et al | Judge Edmond E. Chang |
| 16-cv-9601 | Mack v. Central Credit Services, LLC et al | Judge Edmond E. Chang |

16-cv-9605   Rodriguez et al v. SimplexGrinnell LP   Judge Jorge L. Alonso

16-cv-9655   Malas v. Johnson et al   Judge Manish S. Shah

16-cv-9690   Access Living of Metropolitan Chicago et al v. Uber Technologies, Inc. et al   Judge Manish S. Shah

16-cv-9728   Yafai v. Kerry et al   Judge Sara L. Ellis

16-cv-9739   Partipilo v. Commissioner of Social Security   Judge Charles R. Norgle, Sr.

3:16-cv-50311   HAAN Corporation Korea and HAAN Corporation USA v. Sparkling Drink Systems Innovation Center Hong Kong   Judge Jorge L. Alonso

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

*[signature]*

_____
Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this 26th day of October, 2016