**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | | |
|---|---|---|
| VICTORY RECORDS, INC., | ) | |
| | ) | Case No. 1:15-cv-09180 |
| Plaintiff, | ) | |
| | ) | Judge John Z. Lee |
| v. | ) | |
| | ) | **NOTICE OF MOTION** |
| TOMAS KALNOKY, individually and | ) | |
| doing business as STREETLIGHT MANIFESTO | ) | |
| | ) | |
| Defendant. | ) | |

**PLEASE TAKE NOTICE** that on February 22, 2017, at 9:00 a.m., counsel shall appear before the Honorable John Z. Lee in Courtroom 1225 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**, a copy of which was served upon you via the Court's electronic filing system earlier today.

MELONI & MCCAFFREY
A Professional Corporation
By: /s/ Robert S. Meloni
Robert S. Meloni, admitted *pro hac vice*
Thomas P. McCaffrey, admitted *pro hac vice*
3 Columbus Circle, 15th Floor
New York, New York 10019

LEVENFELD PEARLSTEIN, LLC
By: /s/ Christopher Heintskill
Christopher M Heintskill (ARDC No. 6272391)
2 North LaSalle, 13th Floor
Chicago, IL 60602

*Attorneys for Plaintiff Victory Records, Inc.*

---

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on February 6, 2017, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jay S. Bowen, Esq.
Will Parsons, Esq.
SHACKELFORD, BOWEN, ZUMWALT & HAYES, LLC
47 Music Square East
Nashville, Tennessee 37203
Email: jbowen@shackelfordlaw.net
Email: wparsons@shackelfordlaw.net

Vangelis Economou,
IL Bar No. 6185336
ECONOMOU IP LAW
315 South Plymouth Court, Suite 1110
Chicago, IL 60604
Email: Van@EconomouIP.com

Dated: February 6, 2017

By: /s/ Robert S. Meloni