# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Victory Records, Inc.

                            Plaintiff,

v.                                              Case No.: 1:15–cv–09180
                                                Honorable John Z. Lee

Tomas Kalnoky

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 10, 2017:

     MINUTE entry before the Honorable John Z. Lee: Plaintiff's motion to amend complaint [42] and motion for leave to amend answer to counterclaims [47] are stricken without prejudice for failure to comply with the Courts standing orders. This Court's standing order regarding motion practice requires a movant to meet and confer prior to filing a motion, and in those instances where the motion is agreed or unopposed, the motion should so indicate. This procedure often will obviate the need for the parties to expend time and resources unnecessarily to appear for an uncontested motion. Motion to amend/correct complaint [44] is moot. No appearance is required on the motion.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.