## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Victory Records, Inc.

                Plaintiff,

v.

Tomas Kalnoky

                Defendant.

Case No.: 1:15–cv–09180
Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 14, 2017:

      MINUTE entry before the Honorable M. David Weisman: Magistrate Judge Status hearing held. Parties advised the Court that there are no discovery issues at this time, and they feel they can have an effective settlement conference. The Court looks forward to meeting with everyone at the upcoming settlement conference set for 3/31/17. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.