# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Victory Records, Inc.

                    Plaintiff,

v.

Tomas Kalnoky

                    Defendant.

Case No.: 1:15−cv−09180

Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 15, 2017:

      MINUTE entry before the Honorable John Z. Lee: Status hearing held on 2/15/17. Defendant's counsel stated that he has no objection to Plaintiff's request for leave to file the amended complaint. Plaintiff is granted leave to file an amended complaint; it should be filed as soon as possible. Status hearing set for 4/13/17 at 9:00 a.m.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.