**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **VICTORY RECORDS, INC.,** | ) | |
| | ) | **Civil Action No. 1:15-cv-09180** |
| **Plaintiff/Counter-Defendant,** | ) | |
| | ) | **JURY DEMAND** |
| | ) | |
| **v.** | ) | **JUDGE LEE** |
| | ) | |
| **TOMAS KALNOKY, individually and doing business as STREETLIGHT MANIFESTO,** | ) | |
| | ) | |
| | ) | |
| **Defendants/Counter-Plaintiffs.** | ) | |

**<u>JOINT STIPULATION</u>**

1.      The parties hereby jointly stipulate that Defendants/Counter-Plaintiffs (collectively "Defendants") may file a motion to amend their counterclaim on or before May 1, 2017 without objection by Plaintiff/Counter-Defendant Victory Records, Inc. ("Victory") that such motion is untimely under the current Scheduling Order's deadline of March 31, 2017 (although, to be clear, Victory reserves the right to object to amendment on other grounds).

2.      The purpose of this stipulation is to avoid potentially unnecessary motion practice and to preserve the resources of the parties and the Court in advance of the parties' Settlement Conference scheduled for March 31, 2017.

3.      On Friday, March 10, 2017, Defendants provided counsel for Victory with a copy of a proposed Amended Counterclaim and requested that counsel review and advise whether Victory would consent to Defendants' filing this pleading.

4.      On Friday, March 17, 2017, Victory advised that it could not consent to the filing of this pleading for certain legal and factual reasons.

5.      On Monday March 20, 2017, counsel for the parties met and conferred by telephone and discussed Victory's objections to Defendant's proposed amended counterclaim.  Counsel for the parties, however, were unable to reach an agreement regarding these objections.

6.      Nevertheless, to avoid potentially unnecessary motion practice in advance of the parties' March 31, 2017, Settlement Conference, counsel for Victory agreed that Defendants could file a motion to amend their counterclaim after the current deadline for amending the pleadings without objection by Victory that such motion was untimely under the Scheduling Order.  The parties agreed that Victory reserved the right to object to Defendants' proposed amended counterclaim on other grounds.

Jointly Stipulated By:


/s Will Parsons

Will Parsons, TN Bar No. 26519
(admitted *pro hac vice*)
SHACKELFORD BOWEN MCKINLEY & NORTON, LLP
47 Music Square East
Nashville, TN 37203
T: (615) 329-4440
wparsons@shackelfordlaw.net

Vangelis Economou, IL Bar No. 6185336
ECONOMOU IP LAW
315 South Plymouth Court, Suite 1110
Chicago, IL 60604
T: (847) 644-3500
Van@EconomouIP.com

*Attorneys for Defendants*


/s Robert S. Meloni

Robert S. Meloni
Thomas Paul McCaffrey
Meloni & McCaffrey, P.C.
3 Columbus Circle, 15th Floor
New York, New York 10019
Tel:  (212) 520-6089
Fax:  (917) 210-3758

Christopher M Heintskill
Levenfeld Pearlstein
2 North LaSalle Street, 13th Floor
Chicago, IL 60602

*Attorneys for Defendants/Counter-Plaintiffs*

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed using the Court's Electronic Filing System on March 21, 2017, and will be served through that System on all attorneys who have entered an appearance in this case, including:

Robert Meloni
Thomas McCaffrey
Meloni & McCaffrey, P.C.
3 Columbus Circle, 15th Floor
New York, New York 10019

Chris Heintskill
Levenfeld & Pearlstein, LLC
2 N. LaSalle St. Suite 1300
Chicago, Illinois  60602


/s Will Parsons

4