# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Victory Records, Inc.

                            Plaintiff,

v.                                          Case No.: 1:15−cv−09180
                                            Honorable John Z. Lee

Tomas Kalnoky

                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 30, 2017:

   MINUTE entry before the Honorable M. David Weisman: Parties have advised the Court that they have reached a settlement in principle. Settlement conference set for 3/31/17 is stricken and reset to 5/16/17 at 9:15 a.m. If a stipulation of dismissal is filed prior to that date, the status hearing will be stricken and no appearance will be necessary. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.