**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **VICTORY RECORDS, INC.,** | ) | |
| | ) | **Civil Action No. 1:15-cv-09180** |
| **Plaintiff/Counter-Defendant,** | ) | |
| | ) | **JURY DEMAND** |
| | ) | |
| **v.** | ) | **JUDGE LEE** |
| | ) | |
| **TOMAS KALNOKY, individually and doing** | ) | |
| **business as STREETLIGHT MANIFESTO,** | ) | |
| | ) | |
| **Defendants/Counter-Plaintiffs.** | ) | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

1.      The parties hereby jointly move the Court to continue for one (1) month the Status Conference currently set for April 13, 2017, at 9:00 a.m.  In support of this Joint Motion, the parties state as follows.

2.      Shortly before a scheduled Settlement Conference with Magistrate Judge Weisman on March 31, 2017, the parties reached an agreement in principle to compromise and settle this case.

3.      The parties are currently preparing a long-form Settlement Agreement and other documents.

4.      Once the long-form Settlement Agreement and other documents are prepared, the parties anticipate filing with the Court an Agreed Order of Compromise and Settlement and Dismissal with Prejudice.

5.      In light of the foregoing – and in the interests of judicial efficiency and conservation of the resources of the parties and the Court – the parties jointly request that the Court continue for one (1) month the Status Conference set for April 13, 2017, at 9:00 a.m.

Jointly Submitted By:


/s Will Parsons
Will Parsons, TN Bar No. 26519 (admitted *pro hac vice*)
SHACKELFORD BOWEN MCKINLEY & NORTON, LLP
47 Music Square East
Nashville, TN 37203
T: (615) 329-4440
wparsons@shackelfordlaw.net

Vangelis Economou, IL Bar No. 6185336
ECONOMOU IP LAW
315 South Plymouth Court, Suite 1110
Chicago, IL 60604
T: (847) 644-3500
Van@EconomouIP.com

*Attorneys for Defendants*


/s Robert S. Meloni
Robert S. Meloni
Thomas Paul McCaffrey
Meloni & McCaffrey, P.C.
3 Columbus Circle, 15th Floor
New York, New York 10019
Tel: (212) 520-6089
Fax: (917) 210-3758

Christopher M Heintskill
Levenfeld Pearlstein
2 North LaSalle Street, 13th Floor
Chicago, IL 60602

*Attorneys for Defendants/Counter-Plaintiffs*

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed using the Court's Electronic Filing System on this the 10th day of April 2016, and will be served through that System on all attorneys who have entered an appearance in this case, including:

Robert Meloni
Thomas McCaffrey
Meloni & McCaffrey, P.C.
3 Columbus Circle, 15th Floor
New York, New York 10019

Chris Heintskill
Levenfeld & Pearlstein, LLC
2 N. LaSalle St. Suite 1300
Chicago, Illinois  60602


/s Will Parsons

3