# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **VICTORY RECORDS, INC.,** | ) | |
| | ) | **Civil Action No. 1:15-cv-09180** |
| **Plaintiff/Counter-Defendant,** | ) | |
| | ) | **JURY DEMAND** |
| | ) | |
| **v.** | ) | **JUDGE LEE** |
| | ) | |
| **TOMAS KALNOKY, individually and doing** | ) | |
| **business as STREETLIGHT MANIFESTO,** | ) | |
| | ) | |
| **Defendants/Counter-Plaintiffs.** | ) | |

## NOTICE OF MOTION

TO:    Robert S. Meloni
Thomas Paul McCaffrey
Meloni & McCaffrey, P.C.
3 Columbus Circle, 15th Floor
New York, New York 10019

Christopher M Heintskill
Levenfeld Pearlstein
2 North LaSalle Street, 13th Floor
Chicago, IL 60602

PLEASE TAKE NOTICE that on April 13, 2017, at 9:00 a.m., counsel shall appear before the Honorable John Z. Lee in Courtroom 1225 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present:

1.    Joint Motion to Continue Status Conference.

A copy of this motion was served upon you via the Court's electronic filing system earlier today.

Respectfully submitted,


/s Will Parsons
Will Parsons, TN Bar No. 26519 (admitted *pro hac vice*)
SHACKELFORD BOWEN MCKINLEY &
NORTON, LLP
47 Music Square East
Nashville, TN 37203
T: (615) 329-4440
wparsons@shackelfordlaw.net

Vangelis Economou, IL Bar No. 6185336
ECONOMOU IP LAW
315 South Plymouth Court, Suite 1110
Chicago, IL 60604
T: (847) 644-3500
Van@EconomouIP.com

*Attorneys for Defendants*

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true and correct copy of the foregoing document was filed electronically on

this April 11, 2017 and, as such, served on the following counsel of record via electronic service:

Robert S. Meloni
Thomas P. McCaffrey
Meloni & McCaffrey, P.C.
3 Columbus Circle, 15th Floor
New York, New York 10019
Tel:  (212) 520-6089
Fax:  (917) 210 0 3758

Christopher M. Heintskill
Levenfeld Pearlstein
2 North LaSalle Street, 13th Floor
Chicago, IL 60602
Tel:  (312) 346- 8380


/s Will Parsons

3