## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Victory Records, Inc.

                    Plaintiff,

v.                                              Case No.: 1:15−cv−09180
                                                Honorable John Z. Lee

Tomas Kalnoky

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 12, 2017:

          MINUTE entry before the Honorable John Z. Lee:Joint motion to continue the status conference [61] is granted. The status hearing set for 4/13/17 is reset to 5/18/17 at 9:00 a.m. The parties are reminded that the deadline for fact discovery is 5/31/17. No appearance is required on the motion.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.