## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| VICTORY RECORDS, INC., | ) | Civil Action No. 1:15-CV-09180 |
| | ) | |
| Plaintiffs/Counterclaim Defendants, | ) | Judge John Z. Lee |
| | ) | |
| v. | ) | |
| | ) | |
| TOMAS KALNOKY, individually and | ) | |
| doing business as STREETLIGHT MANIFESTO, | ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, by the undersigned, counsel for Plaintiff VICTORY RECORDS, INC., and Defendant TOMAS KALNOKY, individually and doing business as STREETLIGHT MANIFESTO, that this action is hereby dismissed, with prejudice, and without costs and fees.

This Stipulation may contain .PDF signatures, each of which shall be deemed an original.

SHACKELFORD BOWEN MCKINLEY &
NORTON, LLP
By: /s Will Parsons
      Will Parsons (admitted *pro hac vice*)
47 Music Square East
Nashville, Tennessee 37203

ECONOMOU IP LAW
Vangelis Economou (IL Bar No. 6185336)
315 South Plymouth Court, Suite 1110
Chicago, IL 60604

*Attorneys for Defendants /Counterclaim
Plaintiff*

MELONI & MCCAFFREY
A Professional Corporation
By: s/ Robert S. Meloni
      Robert S. Meloni (admitted *pro hac vice*)
3 Columbus Circle – 15th Floor
New York, New York 10019

LEVENFELD PEARLSTEIN, LLC
Christopher M Heintskill (ARDC No. 6272391)
2 North LaSalle, 13th Floor
Chicago, IL 60602

*Attorneys for Plaintiff/Counterclaim Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2017, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jay S. Bowen, Esq.
Will Parsons, Esq.
SHACKELFORD, BOWEN, ZUMWALT & HAYES, LLC
47 Music Square East
Nashville, Tennessee 37203
Email: wparsons@shackelfordlaw.net

Vangelis Economou, Esq.
IL Bar No. 6185336
ECONOMOU IP LAW
315 South Plymouth Court, Suite 1110
Chicago, IL 60604
Email: Van@EconomouIP.com

Dated: April 18, 2017

By: /s/ Robert S. Meloni